No. 1071. Pacific Creosoting Company, Plaintiff in Error, *v.* The United States. May 26, 1913. Petition for a writ of certiorari herein to the United States

Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George E. de Steiguer* for the plaintiff in error in support of the petition. *The Attorney General* and *Mr. Assistant Attorney General Adkins* in opposition thereto.